| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | | DOCKET NUMBER (Transfer Court) 5:00-CR-214-1BO DOCKET NUMBER (Rec. Court) 08 CRIM 721 |
|---|---|---|---|
| NAME AND ADDRESS OF OFFENDER Stanley Bozeman New York, NY | | DISTRICT EASTERN NORTH CAROLINA | DIVISION Western |
| | | NAME OF SENTENCING JUDGE Terrence W. Boyle | |
| | DATES OF SUPERVISION → | FROM 09/26/2007 | TO 09/25/2012 |

OFFENSE : Conspiracy to Possess with the Intent to Distribute and Distribute at Least 50 Grams of Cocaine Base (Crack), in violation of 21 USC § 841 (a) (1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Southern District of New York upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

7-10-08
Date

/s/ Terrence Boyle
United States District Judge

* This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

AUG 0 8 2008
Effective date

/s/ Ronald Ellis
United States District Judge