REQUEST FOR COURT ACTION / DIRECTION

TO:   Jim Molinelli
      Docket Clerk



OFFENSE: <u>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AT LEAST 50 GRAMS OF COCAINE BASE (CRACK) (21:841(a)(1)), (21 USC 846).</u>

ORIGINAL SENTENCE: <u>(87) MONTHS IMPRISONMENT; FIVE (5) YEARS OF SUPERVISED RELEASE</u>

FROM:   Kyle Crayton
        Sr. U.S. Probation Officer

SPEC. CONDITIONS:   <u>Shall not incur new credit charges or open additional lines of credit without the approval of the probation office. Shall provide the probation office with access to any requested financial information.</u>

AUSA: To be Determined

RE:   <u>STANLEY BOZEMAN</u>
      Docket # <u>5:00-CR-214-1BO</u>

**08 CRIM 721**

DATE OF SENTENCE:   <u>08/02/2001</u>

DATE:   July 28, 2008

ATTACHMENTS:   PSI   JUDGMENT <u>X</u>   PREVIOUS REPORTS
               VIOLATION PETITION

REQUEST FOR:   WARRANT____   SUMMON ____   COURT DIRECTION ___

---

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On August 2, 2001, the above-mentioned individual was sentenced as outlined above in the Eastern District of North Carolina-Western Division, by the Honorable Terrence W. Boyle, Chief U.S. District Judge.

On July 28, 2008, we received a letter from the Eastern District of North Carolina-Western Division, advising that the Honorable Terrence W. Boyle, Chief U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Bozeman's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

BOZEMAN, STANLEY                           - 2 -                                      31085/KDC

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                    Respectfully submitted,

                                    Chris J. Stanton
                                    Chief U.S. Probation Officer

By: _____ 7/23/08
     Kyle Crayton
     Sr. U.S. Probation Officer
     212-805-5154

Approved By: _____ 7/23/08
     Enid Febus                              Date:
     Supervising U.S. Probation Officer
     (212) 805 - 5074